AO 458 (Rev. 06/09) Appearance of Counsel

## UNITED STATES DISTRICT COURT
for the
District of Columbia

| | |
|---|---|
| Carolyn Preston | ) |
| *Plaintiff* | ) |
| v. | ) Case No. 1:17-cv-01517 |
| City Vista (E&A) LLC, et al | ) |
| *Defendant* | ) |

### APPEARANCE OF COUNSEL

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Plaintiff, Carolyn Preston

Date: 08/10/2017

*Attorney's signature*

Hughie D. Hunt, Esq.   15030
*Printed name and bar number*

5000 Sunnyside Avenue, Suite 101
Beltsville, MD 20705
*Address*

hhunt@kemethuntlaw.com
*E-mail address*

(301) 982-0888
*Telephone number*

(301) 982-0889
*FAX number*