# IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **CAROLYN PRESTON** : <br> **1158 Abbey Place, N.E.** : <br> **Washington, D.C. 20002** : <br> : <br> **Plaintiff,** : <br> : <br> v. : <br> : <br> **SAFEWAY, INC.** : <br> **1090 Vermont Ave., N.W.** : <br> **Washington, D.C. 20005** : <br> : <br> **And** : <br> : <br> **CITY VISTA, LLC** : <br> **1015 15th Street, N.W., Suite 1000** : <br> **Washington, D.C. 20005** : <br> : <br> **Defendant.** : | Case No. 1:17–CV-01517-TFH |

## NOTICE OF APPEARANCE OF COUNSEL

TO THE CLERK OF THIS COURT AND ALL PARTIES OF RECORD:

Please enter the appearance of Justin M. Cuniff, Esquire of the law firm of BONNER KIERNAN TREBACH & CROCIATA, LLP, as counsel in this case for Defendant Safeway, Inc. ("Defendant").

DATED this 17th day of August 2017.

                                               Respectfully submitted,

                                               Safeway, Inc.

                                               /s/ *Justin M. Cuniff*
                                               Justin M. Cuniff, Esq. # 499196
                                               Matthew H. Johnson, Esq., #502942
                                               1233 20th Street, N.W., 8th Floor
                                               Washington, D.C.  20036
                                               Telephone: (202) 712-7000
                                               Facsimile:  (202) 712-7100

jcuniff@bonnerkiernan.com
mjohnson@bonnerkiernan.com
*Counsel for Defendant Safeway, Inc.*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the foregoing *Notice of Appearance of Counsel* was served via PACER on this 17th, day of August, 2017 upon:

Hughie D. Hunt, Esq.
Kemet Hunt Law Group, Inc.
5000 Sunnyside Avenue, Suite 101
Beltsville, MD 20705
Telephone: (301) 982-0888
*Counsel for Plaintiff*

Walter S. Boone, III, Esquire
14200 Park Meadow Drive, Suite 310N
Chantilly, VA 20151
Telephone: (571) 287-6560
wsboone@travelers.com
*Counsel for Co-Defendant City Vista, LLC*

/s/ *Justin M. Cuniff* _____
Justin M. Cuniff