**IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF COLUMBIA**

| | |
|---|---|
| **CAROLYN PRESTON** | : |
| | : |
| **Plaintiff,** | : |
| | : |
| v. | : Case No. 1:17-cv-01517-TFH |
| | : |
| **SAFEWAY, INC.,** *ET AL.* | : |
| | : |
| **Defendants.** | : |

**SAFEWAY, INC.'S INITIAL DISCLOSURES
PURSUANT TO FED. R. CIV. P. 26(a)(1)**

Defendant, Safeway, Inc., ("Safeway" or "Defendant"), by and through its counsel, BONNER KIERNAN TREBACH & CROCIATA, LLP, hereby submits its initial disclosures pursuant to Fed. R. Civ. P. 26(a)(1), and states as follows:

These Initial Disclosures provide information currently known and available to Defendant. At this time, Defendant cannot ensure that these disclosures include all individuals and/or categories of documents that are likely to be relevant to disputed or other facts in this matter. Defendant is continuing to investigate this matter and, if necessary, will supplement their Initial Disclosures in accordance with Fed. R. Civ. P. 26(e).

Defendant expressly reserves all objections to the use and admissibility of any documents or categories of documents identified in these Initial Disclosures and/or through any discovery responses that may be provided by Defendant. Defendant further reserves all objections to the production of the documents or categories of documents under the Federal Rules of Civil Procedure, the Federal Rules of Evidence, the Local Rules of this Court, and/or any privileges or protections that may be available under federal or state statute or under the common law.

Without waiving any objections and in consideration of the foregoing, Defendant submits as follows:

**A.     Fed. R. Civ. P. 26(a)(1)(A)(i) Disclosures**

1. **Adrienne Robinson** 490 L St NW, Washington, DC 20001 (she can be contacted through undersigned counsel for Safeway) - Topic(s): The alleged incident in question; communications and interactions between Plaintiff and Ms. Robinson;

2. **Corporate Representative(s) of Safeway** – Topic(s): Safeway's Lease with City Vista (E&A), LLC (City Vista") and Lease documents; Safeway's policies and procedures pertaining to inspection and maintenance of the exterior of the Safeway in question;

3. **Plaintiff, Carolyn Preston**; Topic(s): Incident in question; Alleged damages sustained as a result of the incident in question;

4. **Corporate Representative(s) of City Vista**: Topic(s): Safeway's Lease with City Vista and Lease documents; and City Vista's policies and procedures pertaining to inspection and maintenance of the exterior of the Safeway in question;

5. Any persons identified in Plaintiff's Complaint;

6. Any persons identified by any other party to this action;

7. Plaintiff's medical providers; and

8. Any other person or entity identified during the course of discovery and/or investigation of this matter.

B.  **Fed. R. Civ. P. 26(a)(1)(A)(ii) Disclosures**

Defendant is in possession of the following documents herein identified pursuant to Fed. R. Civ. P. 26(a)(1)(A)(ii):

1. Lease between Safeway and City Vista (including any and all amendments) and supporting documents;

2. Safeway Tender Letter to City Vista; and

3. Defendant reserves the right to rely on and use any documents, data compilations, or tangible things identified by any other party and/or obtained by any party to support its defenses.

C.  **Fed. R. Civ. P. 26(a)(1)(A)(iii) Disclosures**

Defendant has not made any claim for damages at this time.  Accordingly, this disclosure is not applicable at this time.

D.  **Fed. R. Civ. P. 26(a)(1)(A)(iv) Disclosures**

If City Vista does not agree to indemnify and hold harmless Safeway in accordance with the terms of the Lease, City Vista will produce for inspection and copying any insurance agreement under which an insurance business may be liable to satisfy all or part of a possible judgment in the action or to indemnify or reimburse for payments made to satisfy the judgment.

DATED: November 1, 2017.

/*s/ Matthew H. Johnson*
Justin M. Cuniff (Bar #499196)
Matthew H. Johnson (Bar # 502942)
BONNER KIERNAN TREBACH & CROCIATA, LLP
1233 20th Street, N.W., 8th Floor
Washington, D.C. 20036
Tel: (202) 712-7000
jcuniff@bonnerkiernan.com
mjohnson@bonnerkiernan.com
*Attorneys for Defendant Safeway, Inc.*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the foregoing was served by first-class mail, postage prepaid, on this 1st day of November, 2017 upon:

Hughie D. Hunt, Esq.
Kemet Hunt Law Group, Inc.
5000 Sunnyside Avenue, Suite 101
Beltsville, MD 20705
Telephone: (301) 982-0888
*Counsel for Plaintiff*

Walter S. Boone, III, Esquire
14200 Park Meadow Drive, Suite 310N
Chantilly, VA 20151
Telephone: (571) 287-6560
wsboone@travelers.com
*Counsel for Co-Defendant City Vista, LLC*


/s/ Matthew H. Johnson
Matthew H. Johnson