IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF COLUMBIA

| | |
|---|---|
| **CAROLYN PRESTON** | ) |
| | ) |
|     **PLAINTIFF,** | ) |
| VS. | )   **CASE NO.: 1:17-CV-01517-TFH** |
| | ) |
| **SAFEWAY, INC.,** *et al.* | ) |
| | ) |
|     **DEFENDANTS** | ) |
| | ) |

**RULE 26(a)(1) DISCLOSURE OF CITY VISTA (E&A) LLC**

COMES NOW Defendant City Vista (E&A) LLC by and through counsel, Walter S. Boone, III, Esquire and the Law Offices of Mark J. Beachy, and for its initial disclosures, provides as follows:

1. City Vista memorandum drafted by Summit Management Services

2. Street paver contracts

3. Summit Management monthly management reports

4. Minutes REA Board of Directors

5. List of persons having knowledge of maintaining and repairing street pavers

6. REA agreement

7. Safeway Lease 2005

8. 2005 Assignment

9. 2008 Assignment

10. Insurance policy The Phoenix Insurance Company-insuring City Vista (E&A) only.

11. 2012 REA Management Contract (City Vista Manager Inc.) with Summit Management Services.

        Respectfully submitted,
        CITY VISTA (E&A) LLC
        By Counsel

        /s/ Walter S. Boone, III
        Walter S. Boone, III, Esquire
        DC Bar 347872
        14200 Park Meadow Drive, Suite 310N
        Chantilly, Virginia 20151
        571-287-6560
        571-287-6297- fax
        wsboone@travelers.com

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that the foregoing Rule 26(a)(1) Designation of Defendant City Vista (E&A) LLC was served via PACER this 1st day of November 2017 to:

Hughie D. Hunt, Esquire
Kemet Hunt Law Group, Inc.
5000 Sunnyside Avenue, Suite 101
Beltsville, MD 20705
hhunt@kemethuntlaw.com
*Counsel for Plaintiff*

Matthew H. Johnson, Esquire
Bonner Kiernan
1233 20th Street, NW, 8th Floor
Washington, DC 20036
mjohnson@bonnerkiernan.com
*Counsel for Defendant Safeway, Inc.*

        /s/ Walter S. Boone, III