UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CAROLN PRESTON ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 1:17-cv-01517-TFH |
| ) | |
| SAFEWAY, INC., et al ) | |
| ) | |
| Defendants. ) | |
| ) | |

## PLAINTIFF'S RULE 26(a)(1) DISCLOSURES

Plaintiff, Carolyn Preston, by and through her undersigned counsel and pursuant to Federal Rule of Civil Procedure 26(a)(1)(A), hereby makes the following initial disclosures. Plaintiff expressly reserves the right to supplement these disclosures up until the trial in this case.

*(i) The name and, if known, the address and telephone number of each individual likely to have discoverable information - along with the subjects of that information - that the disclosing party may use to support its claims or defenses, unless the use would be solely for impeachment:*

The following individuals are likely to have discoverable information that Plaintiff may use to support her claims or defenses.

1. **David Johnson, MD**
   106 Irving Street, Suite 500
   Washington, DC 20010
   Office: (202) 877-6000
   Orthopedic surgeon

Dr. Johnson will testify to injuries and rehabilitation process and the causal connection between Plaintiff's injuries and negligence of the Defendant.

2. **Maladi S. Kodji, M.D.**
   110 Irving Street, NW
   Washington, DC 20010
   Office: (202) 877-7500

Dr. Kodgi will testify to injuries and rehabilitation process and the causal connection between Plaintiff's injuries and negligence of the Defendant.

> 3. **Khaled Kebaish, M.D.**
> 601 N. Caroline Street, 5th Floor
> Baltimore, MD 21287
> (443) 997-2663
> Orthopedic Surgeon

Dr. Kebaish will testify to injuries and rehabilitation process and the causal connection between Plaintiff's injuries and negligence of the Defendant.

> 4. Enrique Antolin Robles, M.D.
> 106 Irving Street, NW, Suite 421
> Washington, DC 20010
> (202) 723-6599

Dr. Robles will testify to injuries and rehabilitation process and the causal connection between Plaintiff's injuries and negligence of the Defendant.

> 5. **Chad L. Staller, J.D., M.B.A., M.A.C.**
> The Center for Forensic Economic Studies
> 1608 Walnut Street, Suite 801
> Philadelphia, PA 19103
> Office: (215) 546-5600
> President of the Center for Forensic Economic Studies

Mr. Staller will testify to the economic damages to the Plaintiff.

> 6. **James Markham, PhD, JD, CPCU,**
> The Center for Forensic Economic Studies
> 1608 Walnut Street, Suite 801
> Philadelphia, PA 19103
> Office: (215) 546-5600
> A senior economist

Mr. Markham will testify to the economic damages to the Plaintiff.

In addition to the above named individuals, Plaintiff may rely on additional medical personnel mentioned in Plaintiff's medical records and various records custodians who may provide testimony at deposition or trial concerning the authentication of relevant records.

*(ii) A copy - or a description by category and location - of all documents, electronically stored information, and tangible things that the disclosing party has in its possession, custody, or control and may use to support its claims or defenses, unless the use would be solely for impeachment:*

1. Photos from place of incident.
2. Plaintiff's tax returns

*(iii) A computation of each category of damages claimed by the disclosing party:*

Plaintiff is seeking $1,000,000.00 in non-economic damages for permanency of injury and loss of life expectancy, and diminished enjoyment of life.

The Plaintiff will disclose economic damage report when it is completed.

*(iv) Any relevant insurance agreement:*

Plaintiff has no relevant insurance agreements.

Pursuant to Fed. R. Civ. P. 26(e), Plaintiff reserves the right to supplement or amend these disclosures.

Respectfully submitted,

**KEMET HUNT LAW GROUP, INC.**

/s/ Hughie D. Hunt
Hughie D. Hunt, Esq.
DC Bar #486347
5000 Sunnyside Avenue, Suite 101
Beltsville, MD 20705
(301) 982-0888
Attorney for Plaintiff

## CERITIFICATE OF SERVICE

I hereby certify that a true and correct copy of the above and foregoing Plaintiff's Rule 26(a)(1) Disclosures has been served on this 1st day of November 2017, via electronic mail to:

Walter S. Boone, III, Esq.
14200 Park Meadow Drive, Suite 310N
Chantilly, VA 20151
*Attorney for Defendant Citi Vista (E&A) LLC*

Matthew H. Johnson, Esq.
1233 20th Street, NW, 8th Floor
Washington, DC 20036
*Attorney for Defendant Safeway, Inc.*

Respectfully submitted,

**KEMET HUNT LAW GROUP, INC.**

/s/ Hughie D. Hunt
Hughie D. Hunt, Esq.
DC Bar #486347
5000 Sunnyside Avenue, Suite 101
Beltsville, MD 20705
(301) 982-0888
Attorney for Plaintiff