## UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CAROLN PRESTON             ) | |
|                           ) | |
| Plaintiff,              ) | |
|                           ) | |
| v.                        ) | Civil Action No. 1:17-cv-01517-TFH |
|                           ) | |
| SAFEWAY, INC., et al      ) | |
|                           ) | |
| Defendants.            ) | |
|                           ) | |

### PLAINTIFF'S RULE 26(a)(2) DISCLOSURES

Plaintiff, Carolyn Preston, by and through her undersigned counsel and pursuant to Federal Rule of Civil Procedure 26(a)(2), hereby designates the following individuals as expert witnesses in this matter. Plaintiff expressly reserves the right to supplement these disclosures up until the trial in this case.

The following individuals are the treating physicians of the Plaintiff.

1. **David Johnson, MD**
   106 Irving Street, Suite 500
   Washington, DC 20010
   Office: (202) 877-6000
   Orthopedic Surgeon

Dr. Johnson will testify to injuries and rehabilitation process of the Plaintiff and the causal connection between Plaintiff's injuries and negligence of the Defendant.

2. **Maladi S. Kodji, M.D.**
   110 Irving Street, NW
   Washington, DC 20010
   Office: (202) 877-7500
   Orthopedic Surgeon

Dr. Kodgi will testify to injuries and rehabilitation process of the Plaintiff and the causal connection between Plaintiff's injuries and negligence of the Defendant.

3. **Khaled Kebaish, M.D.**
    601 N. Caroline Street, 5th Floor
    Baltimore, MD 21287
    (443) 997-2663
    Orthopedic Surgeon

Dr. Kebaish will testify to injuries and rehabilitation process of the Plaintiff and the causal connection between Plaintiff's injuries and negligence of the Defendant.

4. **Enique Robles, MD**
    106 Irving St NW Ste 421
    Washington, DC 20010
    202-723-6599
    Primary Care Physician of Plaintiff
    Internal Medicine, Gastroenterology

Dr. Robles will testify to injuries and rehabilitation process of the Plaintiff and the causal connection between Plaintiff's injuries and negligence of the Defendant.

These experts may offer their opinions about the cause, diagnosis and prognosis of, and the treatment rendered for, any injuries the Plaintiff has received in the accident at issue in this lawsuit and the reasonableness and necessity of any damages alleged.

These experts may also offer testimony in response to evidence offered by any other party. The experts may base those opinions on training, knowledge, expertise, pleadings, discovery responses, medical records, testimony and any other information.

In addition to the above named individuals, Plaintiff may rely on additional medical personnel mentioned in Plaintiff's medical records and various records custodians who may provide testimony at deposition or trial concerning the authentication of relevant records.

1. Plaintiff reserves the right to amend or supplement this list as Plaintiff's discovery continues.

2.  Plaintiff reserves the right to call a witness that may be listed by the Defendant and not objected to by the Plaintiff.

                    Respectfully submitted,

                    **KEMET HUNT LAW GROUP, INC.**

                    /s/ Hughie D. Hunt
                    Hughie D. Hunt, Esq.
                    Bar No 486347
                    5000 Sunnyside Avenue, Suite 101
                    Beltsville, MD 20705
                    (301) 982-0888
                    Hhunt@kemethuntlaw.com
                    Attorney for Plaintiff

**CERITIFCATE OF SERVICE**

I hereby certify that a true and correct copy of the above and foregoing PLAINTIFF'S RULE 26(a)(2) DISCLOSURES has been served on this 19th day of January, 2018, via electronic mail to:

Walter S. Boone, III, Esq.
14200 Park Meadow Drive, Suite 310N
Chantilly, VA 20151
*Attorney for Defendant Citi Vista (E&A) LLC*

Matthew H. Johnson, Esq.
1233 20th Street, NW, 8th Floor
Washington, DC 20036
*Attorney for Defendant Safeway, Inc.*

Respectfully submitted,

**KEMET HUNT LAW GROUP, INC.**

/s/ Hughie D. Hunt