UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **CAROLYN PRESTON**    ) | |
|    ) | |
| **Plaintiff,**    ) | |
|    ) | |
| v.    ) | |
|    ) | Civil No.  1:17–CV-01517-TFH |
| **SAFEWAY, INC.**    ) | |
|    ) | |
| **Defendant.**    ) | |
|    ) | |

## SCHEDULING ORDER

Upon consideration of the Joint Report submitted by the parties on October 10, 2017, [ECF No. 13], and in accordance with matters discussed during the scheduling conference held in open court on October 17, 2017 it is hereby

**ORDERED**, *nunc pro tunc* to October 17, 2017, that this case proceed according to the following scheduling order unless otherwise ordered by the Court:

| | |
|---|---|
| Commencement of Discovery | October 17, 2017 |
| Rule 26(a)(1)(A) Initial Disclosures | November 1, 2017 |
| Deadline to Join Necessary Parties | November 17, 2017 |
| Plaintiff's Rule 26(a)(2) Expert Disclosures | January 19, 2018 |
| Defendant's Rule 26(a)(2) Expert Disclosures | March 19, 2018 |

| | |
|---|---|
| Plaintiff's Rebuttal Rule 26(a)(2) Expert Disclosures | April 19, 2018 |
| Defendant's Rule 26(e)(2) Supplementation of Disclosures and Responses | April 30, 2018 |
| Discovery Deadline | June 19, 2018 |
| Dispositive Motions Deadline | July 10, 2018 |
| Opposition Deadline | July 24, 2018 |
| Reply Deadline | July 31, 2018 |
| Pretrial Conference | Set after Ruling on Dispositive Motions |
| Trial to Commence | Set at the Pretrial Conference |

Any request to extend or reschedule a due date shall be by motion after conferring with the opposing party. If at any time the parties determine that mediation or alternative dispute resolution might be beneficial to narrow the issues or resolve the case, the parties shall so notify the Court.

**SO ORDERED.**

February 8, 2018

*Thomas F. Hogan*

Thomas F. Hogan
SENIOR UNITED STATES DISTRICT JUDGE