UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CAROLYN PRESTON, | ) |
| Plaintiff, | ) |
| v. | ) Civil Action No. 17-cv-01517 (TFH) |
| SAFEWAY, INC., et al., | ) |
| Defendant. | ) |

## ORDER

Upon consideration of plaintiff's Consent Motion to Amend Complaint, and the entire record herein, it is hereby **ORDERED** that plaintiff's Consent Motion to Amend Complaint is **GRANTED**.

The Clerk shall file the amended complaint [ECF No. 21-1].

**SO ORDERED.**

February 22, 2018

_____
Thomas F. Hogan
SENIOR UNITED STATES DISTRICT JUDGE