## IN THE UNITED STATES DISTRICT COURT FOR THE
## DISTRICT OF COLUMBIA

| | |
|---|---|
| CAROLYN PRESTON | ) |
| | ) |
| PLAINTIFF, | ) |
| VS. | ) CASE NO.: 1:17-CV-01517-TFH |
| | ) |
| SAFEWAY, INC., *et al.* | ) |
| | ) |
| DEFENDANTS | ) |

## ANSWER TO AMENDED COMPLAINT

**COMES NOW** Defendant, City Vista (E&A) LLC, by and through counsel, Walter S. Boone, III, Esquire and the Law Offices of Mark J. Beachy, and for its Answer to the Amended Complaint filed herein, state as follows:

### First Defense

The Amended Complaint fails to state a claim upon which relief can be granted.

### Second Defense

In response to the numbered paragraphs of the Amended Complaint, Defendant states as follows:

1. Defendant City Vista (E&A) LLC lacks sufficient knowledge to form a belief as to the truth or falsity of the allegations contained in paragraph 1 of the Amended Complaint.

2.-4. Defendant City Vista (E&A) LLC denies the allegations contained in paragraphs 2 through 4, inclusive, of the Amended Complaint.

5. Defendant City Vista (E&A) LLC lacks sufficient knowledge to form a belief as to the truth or falsity of the allegations contained in paragraph 5 of the Amended Complaint.

6. Defendant City Vista (E&A) LLC denies the allegations contained in paragraph 6 of the Amended Complaint.

7. Upon information and belief, City Vista (E&A) LLC admits the allegations contained in paragraph 7 of the Amended Complaint.

8.-9. Defendant City Vista (E&A) LLC lacks sufficient knowledge to form a belief as to the truth or falsity of the allegations contained in paragraphs 8 and 9 of the Amended Complaint.

10. Defendant City Vista (E&A) LLC denies the allegations contained in paragraph 10 of the Amended Complaint as it pertains to this defendant.

11. Defendant City Vista (E&A) LLC lacks sufficient knowledge to form a belief as to the truth or falsity of the allegations contained in paragraph 11 of the Amended Complaint.

12. Defendant City Vista (E&A) LLC admits the allegations contained in paragraph 12 of the Amended Complaint, based on the *ad damnum* clause.

13.-14. Defendant City Vista (E&A) LLC denies the allegations contained in paragraphs 13 and 14 of the Amended Complaint.

15.-16. Defendant City Vista (E&A) LLC lacks sufficient knowledge to form a belief as to the truth or falsity of the allegations contained in paragraphs 15 and 16 of the Amended Complaint.

17. Defendant City Vista (E&A) LLC denies the allegations contained in paragraph 17 of the Amended Complaint.

18.-19. Defendant City Vista (E&A) LLC restates its denial of all allegations of negligence or breach of duty on its part as set forth in paragraphs 18 and 19 of the Amended Complaint. With respect to the allegations of injuries and damages set forth in paragraphs 18 and 19 of the Amended Complaint, Defendant City Vista (E&A) LLC states that it lacks sufficient knowledge to form a belief as to the truth or falsity of said allegations and accordingly denies the same and demands strict proof thereof.

### Third Defense

All allegations not herein specifically admitted, are hereby denied.

### Fourth Defense

Defendant City Vista (E&A) LLC intends to rely upon, as applicable, the following defenses:

1. Open and obvious condition
2. Contributory negligence
3. Lack of notice

WHEREFORE, based on the foregoing defenses, Defendant City Vista (E&A) LLC moves that the Amended Complaint filed against it herein be dismissed with an award of costs incurred in its behalf.

### Jury Demand

Defendant City Vista (E&A) LLC demands trial by jury on all issues herein.

Respectfully submitted,

CITY VISTA (E&A) LLC
By Counsel

 /s/ Walter S. Boone, III
Walter S. Boone, III, Esquire
DC Bar 347872
*Mailing Address: PO Box 2903, Hartford, CT 06104-2903*
14200 Park Meadow Drive, Suite 310N
Chantilly, Virginia 20151
571-287-6560
571-287-6297- fax
wsboone@travelers.com

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that the foregoing Answer to the Amended Complaint was efiled and mailed first class, postage prepaid, this 5th day of March, 2018, to:

Hughie D. Hunt, Esquire
Kemet Hunt Law Group, Inc.
5000 Sunnyside Avenue, Suite 101
Beltsville, MD 20705
*Counsel for Plaintiff*

Matthew H. Johnson, Esquire
Justin M. Cuniff, Esquire
Bonner Kiernan
1233 20th Street, NW, 8th Floor
Washington, DC 20036
*Counsel for Defendant Safeway, Inc.*

                                                           /s/ Walter S. Boone, III
                                                           Walter S. Boone, III