UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CAROLYN PRESTON,<br><br>            Plaintiff,<br>    v.<br><br>SAFEWAY, INC., et al.,<br><br>            Defendant. | Civil Action No. 17-cv-01517 (TFH) |

## ORDER

Upon considerations of the parties' arguments the Court heard during the telephone conference held on March 14, 2018, and the entire record herein, it is hereby

**ORDERED** that plaintiff shall amend her expert disclosures to comply with the provisions of Fed. R. Civ. P. 26(a)(2) by April 2, 2018; it is further

**ORDERED** that plaintiff shall respond to all interrogatories and produce all documents responsive to defendants' outstanding interrogatory and document requests, to the extent the information and documents requested are discoverable, by April 2, 2018; and it is further

**ORDERED** that if plaintiff has not complied with this order by April 2, 2018, defendants may file motions seeking relief as appropriate.

**SO ORDERED.**

March 14th, 2018

_____
Thomas F. Hogan
SENIOR UNITED STATES DISTRICT JUDGE