UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **CAROLYN PRESTON**<br>            Plaintiff,<br><br>v.<br><br>**SAFEWAY, INC., et al**<br>            Defendants. | )<br>)<br>)<br>)<br>)   Civil Action No. 1:17-cv-01517-TFH<br>)<br>)<br>)<br>) |

### OPPOSITION TO DEFENDANT'S MOTION FOR SANCTIONS

COMES NOW the Plaintiff, Carolyn Preston by and through her attorneys Kemet Hunt Law Group, Inc., and Hughie D. Hunt, Esq., respectfully files this Consent Motion to Extend Deadline to File Motions for Sanctions and states as follows:

1. That on April 13, 2018, Defendant filed a Motion for Sanctions;

2. That in November of 2017 executed HIPPA authorizations for all her medical providers and submitted those HIPPA Authorizations to the counsel for Defendant, Walter Boone in November of 2017;

3. Plaintiff believed that there would be no dispute concerning records and invoices;

4. Despite receiving the HIPPA Authorizations, even counsel for Defendant acknowledges the difficulty in obtaining records and invoices from medical providers;

5. The Plaintiff served responsive documents the Defendant's request for production of documents on March 30, 2018;

6. The records served on the Defendant are responsive to all requests regarding treatment for injuries in this matter;

7. The Plaintiff requested her complete file from the medical providers but received no invoices;

8. The Plaintiff after the filing of this motion has contacted all named providers and requested all supplemental records including bills and invoices.

9. That Plaintiff expects to receive the statements within 14 days;

10. The Defendant sent an email regarding the interrogatories but never stated how they were insufficient and how the Plaintiff needed to supplement;

11. The Plaintiff provided complete answers to the Defendant's interrogatory responses, but will supplement if the Defendant deems them insufficient, the Plaintiff requests that the Defendant inform her how the responses are insufficient, so that she may supplement.

12. Once the Plaintiff receives all medical bills from her providers, she will supplement immediately.

13. The Defendant has suffered no prejudice because City Vista Manager has been joined to this matter and served on April 20, 2018 and the answer due on May 11, 2018;

14. That this court has a set a status conference on May 25, 2018, with a new scheduling order to be entered at that time;

15. That all issues related to this motion should be resolved by May 25, 2018;

WHEREFORE, the Plaintiff respectfully requests that:

A. The Defendant's Motion for Sanctions be denied;

B. Oral Hearing Requested;

C. And for such other and further relief as this Court deems just and proper.

    Respectfully submitted,

    **KEMET HUNT LAW GROUP, INC.**

    /s/ Hughie D. Hunt
    Hughie D. Hunt, Esq.
    5000 Sunnyside Avenue, Suite 101,
    Beltsville, MD 20705
    (301) 982-0888
    Attorney for Plaintiff
    hhunt@kemethuntlaw.com

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a copy of the foregoing Opposition to Motion for Sanctions has been served on this 11th day of May 2018, via electronic mail to:

Walter S. Boone, III, Esq.
14200 Park Meadow Drive, Suite 310N
Chantilly, VA 20151
*Attorney for Defendant Citi Vista (E&A) LLC*

Matthew H. Johnson, Esq.
1233 20th Street, NW, 8th Floor
Washington, DC 20036
*Attorney for Defendant Safeway, Inc.*

    /s/ Hughie D. Hunt
    Hughie D. Hunt, Esq.

**UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **CAROLYN PRESTON** )  | |
| Plaintiff, ) | |
| ) | |
| v. ) | **Civil Action No. 1:17-cv-01517-TFH** |
| ) | |
| **SAFEWAY, INC., et al** ) | |
| Defendants. ) | |
| ) | |

## **ORDER**

Upon consideration of the Defendant's Motion for Sanctions, the Plaintiff's Opposition thereto, it is this __ day of _____, 2018 by the United States District Court of the District of Columbia,

**ORDERED**, that the Defendant Motion for Sanctions be and is hereby denied.


_____
JUDGE